# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

RANDALL LEMONT BEAMON,

        Defendant-Appellant.

UNPUBLISHED
June 26, 2018

No. 336229
Wayne Circuit Court
LC No. 15-010482-01-FC

Before: MURPHY, P.J., and JANSEN and RONAYNE KRAUSE, JJ.

JANSEN, J. (*concurring*)

    I concur in the result only.

                                /s/ Kathleen Jansen